UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LLOYD SHAFFER, | No. C 10-3807 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| F. GONZALES, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> request for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Pamela K. Critchfield, the court GRANTS respondent's request. (Docket # 8.) Respondent must file and serve his response to the petition no later than **July 29, 2011**. Petitioner must file and serve his traverse no later than **September 2, 2011.**

IT IS SO ORDERED.

DATED: May 24, 2011

SUSAN ILLSTON
United States District Judge